■ JOSEPH L. BERKMAN et al., Appellants, v WINGED FOOT GOLF CLUB, INC., Respondent. — Order of the Supreme Court, Westchester County, entered September 2, 1983, affirmed, with costs, for reasons stated by Justice Coppola at Special Term. Titone, J. P., Mangano, Gibbons and O'Connor, JJ., concur.